IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kristin Newvine,               :
           Appellant      :
                              :
        v.               :      No. 1331 C.D. 2017
                              :
Jersey Shore Area       :
School District         :

## **O R D E R**

NOW, September 12, 2018, having considered appellant's application for reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge
